IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN RE ZIMMER BIOMET HOLDINGS, INC. DERIVATIVE LITIGATION, | § § § § § § § § | No. 304, 2021<br><br>Court Below: Court of Chancery of the State of Delaware<br><br>C.A. No. 2019-0455 |

Submitted: May 25, 2022
Decided: June 16, 2022

Before **SEITZ**, Chief Justice; **VALIHURA**, **VAUGHN**, **TRAYNOR**, and **MONTGOMERY-REEVES**, Justices constituting the Court *en Banc*.

## **O R D E R**

This 16th day of June 2022, the Court having considered this matter after oral argument and on the briefs filed by the parties has determined that the final judgment of the Court of Chancery should be affirmed on the basis of and for the reasons assigned by the Court of Chancery in its Memorandum Opinion dated August 25, 2021.

NOW, THEREFORE, IT IS HEREBY ORDERED that the judgment of the Court of Chancery be, and the same hereby is, AFFIRMED.

BY THE COURT:

James T. Vaughn, Jr.
Justice